IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case 2-21-cv-1328-CB ) ) |
| LIFE CARE 2.2, LLC d/b/a EAST END BEHAVIORAL HEALTH HOSPITAL, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

LifeCare 2.2, LLC d/b/a East End Behavioral Health Hospital, by and through its undersigned counsel, and with Plaintiff's consent, hereby advises this Honorable Court that the parties in this action have reached a settlement. The parties expect to finalize the settlement and submit dismissal documents within the next thirty (30) days.

Date:  December 20, 2021

Respectfully submitted,

*s/ Erin J. McLaughlin*
Erin J. McLaughlin (PA 202044)
erin.mclaughlin@bipc.com
Marjorie F. Bagnato (PA 313557)
marjorie.bagnato@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
Telephone:  412-562-8800
Fax:  412-562-1041

*Attorneys for Defendant*