IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE DAVIS,<br><br>               Plaintiff,<br><br>     v.<br><br>LIFE CARE 2.2, LLC d/b/a EAST END BEHAVIORAL HEALTH HOSPITAL,<br><br>               Defendant. | Civil Action<br><br>Case No. 2:21-cv-1328-CB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Christine Davis and defendant LifeCare 2.2, LLC d/b/a East End Behavioral Health Hospital, through their respective counsel, that an agreement has been reached between the foregoing parties in settlement of this action and any and all claims and counterclaims that the foregoing parties have against each other.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that this action be dismissed *with prejudice*.

| ON BEHALF OF CHRISTINE DAVIS, | ON BEHALF OF LIFECARE 2.2, LLC D/B/A EAST END BEHAVIORAL HEALTH HOSPITAL |
|---|---|
| By: */s/ Joshua P. Geist*<br>**JOSHUA P. GEIST**<br>PA State Bar No.: 85745<br>Email: josh@goodrichandgeist.com<br><br>**GOODRICH & GEIST, PC**<br>3634 California Avenue<br>Pittsburgh, Pennsylvania 15212<br>Telephone: (412) 766-1455<br><br>**ROBERT W. FRANKHOUSER** | By: */s/ Erin J. McLaughlin*<br>**ERIN J. MCLAUGHLIN**<br>PA State Bar No.: 202044<br>E-mail: erin.mclaughlin@bipc.com<br>**MARJORIE BAGNATO**<br>PA State Bar No.: 313557<br>E-mail: marjorie.bagnato@bipc.com<br><br>**BUCHANAN INGERSOLL & ROONEY, PC**<br>Union Trust Building |

| | |
|---|---|
| PA State Bar No. 205053 | 501 Grant Street, Suite 200 |
| E-mail: *rfrankhouser@gfemploymentlaw.com* | Pittsburgh, Pennsylvania 15219 |
| **LEWIS B. GARDNER** | Telephone: (412) 392-2090 |
| PA State Bar No.: 202044 | |
| E-mail: *lgardner@gfemploymentlaw.com* | |

**GARDNERFRANKHOUSER, LLP**
7418 Brighton Road, Suite 211
Pittsburgh, Pennsylvania 15202
Telephone: (412) 903-7720



SO ORDERED this _____ day of _____ 2022


_____
HON. CATHY BISSOON

## CERTIFICATE OF SERVICE

On May 9, 2022, I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

Sincerely,

*/s/Joshua P. Geist*
Joshua P. Geist